ALWIN PAULI, as Administrator of the Estate of ESTHER M. PAULI, Deceased, Respondent, *v.* KENNETH CARNCROSS, Appellant, Impleaded with Others.

ALWIN PAULI, as Administrator of the Estate of ESTHER M. PAULI (2nd), Deceased, Respondent, *v.* KENNETH CARNCROSS, Appellant, Impleaded with Others.

MARGARET PAULI, an Infant, by ALWIN PAULI, Her Guardian ad Litem, Respondent, *v.* KENNETH CARNCROSS, Appellant, Impleaded with Others.

ALWIN PAULI, Respondent, *v.* KENNETH CARNCROSS, Appellant, Impleaded with Others.

Argued October 15, 1937; decided November 16, 1937.

*Alfred M. Saperston* for appellant.

*Harold J. Tillou* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.